IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION


RENEE SANTINI                                                                                    PLAINTIFF


vs.                                          Civil No. 1:16-cv-01011

CAROLYN COLVIN                                                                                 DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Comes now the Court on this the 3rd day of August 2016, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and **GRANTS** the Defendant's Unopposed Motion to Remand.  ECF No. 13.  The decision of the Commissioner of Social Security is reversed, and this matter is remanded to the Commissioner pursuant to sentence four, 42 U.S.C. § 405(g).

If Plaintiff wishes to request an award of attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, an application may be filed up to thirty (30) days after the judgment becomes "not appealable," i.e., thirty (30) days after the sixty (60) day time for appeal has ended.  *See Shalala v. Schaefer,* 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B),(d)(2)(G).

**IT IS SO ORDERED AND ADJUDGED**.


/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE